**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Eunice Begay Bennett,<br><br>    Plaintiff,<br><br>  v.<br><br>Office of Navajo and Hopi Indian Relocation, an administrative agency of the United States,<br><br>    Defendant. | CIV-05-2000-PCT-VAM<br><br>**ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Court having received and considered Defendant's Motion for Extension of Time, and good cause appearing,

IT IS ORDERED that Defendant Office of Navajo and Hopi Indian Relocation shall respond to Plaintiff's Motion for Summary Judgment on or before March 27, 2006.

DATED this 24th day of February, 2006.

Paul G. Rosenblatt
United States District Judge